STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
SHERI GUERAMI (State Bar No. 265231)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:   310-556-5800
Facsimile:   310-556-5959
Email:       *lacalendar@stroock.com*

Attorneys for Defendant
 DISCOVER BANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KATAYOON C. MURILLO,           | Case No.                                              |
|--------------------------------|-------------------------------------------------------|
|         Plaintiff,             | **NOTICE OF REMOVAL OF DEFENDANT DISCOVER BANK**      |
|     vs.                        |                                                       |
| DISCOVER BANK and DOES 1-10,   |                                                       |
|         Defendants.            |                                                       |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, defendant Discover Bank ("Discover") hereby removes the action entitled <u>Katayoon C. Murillo v. Discover Bank, et al.</u>, Superior Court of the State of California, County of Los Angeles, Case No. 20STLC01975 (the "Action"), to the United States District Court for the Central District of California on the following grounds:

1. <u>Removal is Timely</u>.  The Complaint was served upon Discover on August 3, 2020.  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed within 30 days of receipt by, and service on, Discover of the Complaint, and within one year after "commencement of the action" in state court.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as **Exhibit A**.

2. <u>This Court Has Removal Jurisdiction Over This Action</u>.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that Discover may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff Katayoon C. Murillo ("Plaintiff") alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, <u>et seq.</u> (the "TCPA") (<u>see</u> Compl. p. 8 ¶¶ 40 and 11-15, p. 9 ¶¶16-18, p.10 ¶¶ 19-23), a claim that is created by, and arises under, federal law.  <u>See</u> <u>Mims v. Arrow Fin. Servs., LLC</u>, 132 S. Ct. 740, 748 (2012) (holding that the TCPA's permissive grant of jurisdiction to state courts does not deprive the United States district courts of federal-question jurisdiction over private TCPA suits, and that a TCPA claim, "in 28 U.S.C. § 1331's words, plainly 'aris [es] under' the 'laws . . . of the United States'").  To the extent any other claims in the Action arise under state law, including the California Rosenthal Fair Debt Collection Practices Act, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

3. <u>Consent Is Not Necessary Because No Other Defendants Have Been Served</u>.  Discover is the only named defendant in the Action and is not aware of any other defendants that have been named in, or served with, the Complaint. Accordingly, consent of removal is not necessary and removal is proper pursuant to 28 U.S.C. § 1446(a) & (b).

4. <u>Venue Is Proper In This Court</u>.  This Court is the proper district court for removal because the Superior Court of the State of California for the County of Los Angeles is located within the United States District Court for the Central District of California.  <u>See</u> 28 U.S.C. § 1441(a).

5. <u>Notice Will Be Effected</u>.  Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served on Plaintiff, the only adverse party, simultaneously with this filing.  Additionally, a duplicate copy of this Notice of Removal, without exhibits, will be filed in the Action.

Dated: September 2, 2020

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
SHERI GUERAMI

By:    /s/ *Sheri Guerami*
                Sheri Guerami

Attorneys for Defendant
DISCOVER BANK

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020 a copy of the foregoing **NOTICE OF REMOVAL OF DEFENDANT DISCOVER BANK** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Sheri Guerami
Sheri Guerami

*__Via U.S. Mail__*

Sara Khosroabadi, Esq.
Khosroabadi & Hill APC
2535 Kettner Blvd., Suite 2A2
San Diego, CA 92115
Tel: 858-434-1020
Email: sara@kandhlawgroup.com

Attorneys for Plaintiff