Sara Khosroabadi, Esq. (SBN: 299642)
sara@kandhlawgroup.com
**Khosroabadi & Hill, APC**
2535 Kettner Blvd, Suite 2A2
San Diego, CA 92115
Telephone: (858) 434-1020
Facsimile:  (858)260-2156

*Attorneys for the Plaintiff,*
Katayoon C. Murillo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KATAYOON C. MURILLO,<br><br>                    Plaintiff,<br>v.<br><br>DISCOVER BANK AND DOES 1-10<br><br>                    Defendants. | Case No.: 2:20-cv-08027-JAK-PLA<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 26, 2020 for filing a joint dismissal.

Respectfully submitted,

Date: October 26, 2020              **Khosroabadi & Hill, APC**

                                        By: _s/ Sara F. Khosroabadi_
                                            Sara F. Khosroabadi
                                            Attorneys for Plaintiff