Sara Khosroabadi, Esq. (SBN: 299642)
sara@kandhlawgroup.com
**Khosroabadi & Hill, APC**
2535 Kettner Blvd, Suite 2A2
San Diego, CA 92115
Telephone: 858-434-1020
Facsimile: 858-260-2156

*Attorneys for the Plaintiff,*
  KATAYOON C. MURILLO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATAYOON C. MURILLO,**<br><br>                    Plaintiff,<br><br>v.<br><br>**DISCOVER BANK AND DOES 1-10**<br><br>                    Defendant. | Case No.: 2:20-cv-08027-JAK-PLA<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**HON. JOHN A. KRONSTADT** |

IT IS STIPULATED AND AGREED, by and between Plaintiff Katayoon C. Murillo ("Plaintiff") and Defendant Discover Bank ("Discover" and together with Plaintiff, the "Parties") through their respective counsel:

1. That the claims asserted by Plaintiff against Discover in this action be dismissed with prejudice; and

2. The Parties shall bear their own attorneys' fees and costs.

This Court has previously dismissed the action without prejudice, however the Parties request this action be dismissed with prejudice.

Dated: February 17, 2021　　　**KHOSROABADI & HILL, APC**

　　　By: _s/ Sara Khosroabadi_
　　　Sara Khosroabadi, Esq
　　　Attorney for Plaintiff

Dated: February 17, 2021　　　**STROOCK & STROOCK, LAVAN LLP**

　　　By: _s/ Sheri Guerami_
　　　Sheri Guerami
　　　*Attorney for Defendant,*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sheri Guerami counsel for Defendant, and that I have obtained Ms. Guerami's authorization to affix her electronic signature to this document.

Dated: February 17, 2021　　　**KHOSROABADI & HILL, APC**

　　　By: _s/ Sara Khosroabadi_
　　　Sara Khosroabadi, Esq
　　　Attorney for Plaintiff